UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL MARTINEZ SANCHEZ,<br><br>                Petitioner,<br><br>      v.<br><br>ROBERT LUNA,<br><br>                Respondent. | Case No. 2:24-cv-01418-FLA (SSC)<br><br>**JUDGMENT** |

      Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: February 18, 2025

                                          FERNANDO L. AENLLE-ROCHA
                                          United States District Judge